Fill in this information to identify your case:

United States Bankruptcy Court for the:
DISTRICT OF COLORADO

Case number (if known): 16-11757-JGR      Chapter 11

☒ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**: Grizzly Land, LLC, a Colorado limited liability company

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**: 26-3813190

4. **Debtor's address**:

   **Principal place of business**
   22421 CO ST HWY 14
   Walden, CO 80480
   Number, Street, City, State & ZIP Code

   Jackson
   County

   **Mailing address, if different from principal place of business**
   P.O. Box 670
   Windsor, CO 80550
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number, Street, City, State & ZIP Code

5. **Debtor's website (URL)**:

6. **Type of debtor**:
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership
   ☐ Other. Specify:


Debtor **Grizzly Land, LLC, a Colorado limited liability company**          Case number (*if known*) 16-11757-JGR
       Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.

____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor |  | Relationship to you |  |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor  **Grizzly Land, LLC, a Colorado limited liability company**   Case number (*if known*) **16-11757-JGR**
      Name

**11. Why is the case filed in this district?**

Check all that apply:

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☒ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☒ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **Grizzly Land, LLC, a Colorado limited liability company**        Case number (if known) **16-11757-JGR**
         Name

### Request for Relief, Declaration, and Signature

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **4-21-16**
              MM / DD / YYYY

X  _(signature)_                                **Kirk A. Shiner, DVM**
Signature of authorized representative of debtor   Printed name

Title   **Manager**

**18. Signature of attorney**

X _(signature)_                Date **4-21-16**
Signature of attorney for debtor        MM / DD / YYYY

**Lee M. Kutner**
Printed name

**Kutner Brinen Garber, P.C.**
Firm name

**1660 Lincoln Street, Suite 1850**
**Denver, CO 80264**
Number, Street, City, State & ZIP Code

Contact phone **303-832-2400**    Email address

**10966**
Bar number and State

**United States Bankruptcy Court**
District of Colorado

In re   Grizzly Land, LLC, a Colorado limited liability company                   Case No.   16-11757-JGR
                                                         Debtor(s)                Chapter    11

## VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  4-21-16

Kirk A. Shiner, DVM/Manager
Signer/Title

Black Tail, LLC
P.O. Box 670
Windsor, CO 80550


Brownstein Hyatt Farber Schreck
410 17th Street
22nd Floor
Denver, CO 80202


Colorado Department of Revenue
1375 Sherman Street
Denver, CO 80261


Cristobal Madera
P.O. Box 766
Walden, CO 80480


Edward Aro, Esq.
Arnold & Porter
370 17th Street
Suite 4400
Denver, CO 80202-1370


Glenn E. Sessions & Sons, Inc.
P.O. Box 1076
Walden, CO 80480


Grizzly Cattle, LLC
P.O. Box 670
Windsor, CO 80550


Grizzly Land, LLC
P.O. Box 670
Windsor, CO 80550


Hughes Network Systems
P.O. Box 96874
Chicago, IL 60693

```
Internal Revenue Service
Ogden, UT 84201-0005



Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346



Jack's Auto Parts, Inc.
P.O. Box 217
528 Main Street
Walden, CO 80480



Jackson County Treasurer
396 LaFever Street
Walden, CO 80480



Jackson County Treasurer
P.O. Box 458
Walden, CO 80480



Kirk Shiner, DVM
P.O. Box 670
Windsor, CO 80550



Kloiber Holdings, LLC
Kloiber Real Estate Holdings, LLC
c/o Richard Renck, Receiver
222 Deleware Street, Suite 1600
Wilmington, DE 19801



Kloiber Holdings, LLC
106 West Vine Street, Suite 1600
Lexington, KY 40507
```

Kloiber Real Estate Holdings, LLC
Kloiber Holdings, LLC
c/o Richard Renck, Receiver
222 Deleware Street, Suite 1600
Wilmington, DE 19801


Kremmling - Bureau of Land Management
P.O. Box 68
Kremmling, CO 80459


Kristine A. Shiner
P.O. Box 670
Windsor, CO 80550


Mountain Parks Electric
321 West Agate
P.O. Box 170
Granby, CO 80446


Northwest Ranch Supply, Inc.
P.O. Box 535
Kremmling, CO 80459


RaboAgriFinance
12443 Olive Blvd.
Suite 50
Saint Louis, MO 63141


RaboAgriFinance
4045 St. Cloud Drive
Loveland, CO 80538


RaboAgriFinance
915 Highland Pointe Drive
Suite 190
Roseville, CA 95678

Richland Propane
P.O. Box 1109
Walden, CO 80480


Skyline Cloud Services / Unidata
25 Riverside Drive
Pine Brook, NJ 07058


Sopris, LLC
P.O. Box 670
Windsor, CO 80550


Timberline Builders Supply
P.O. Box 277
Walden, CO 80480


United States Treasury
P.O. Box 37940
Hartford, CT 06176-7940